# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZAHEER ASGARALI, | ) | |
| | ) | |
| *Petitioner,* | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| | ) | |
| v. | ) | Case No. 1:22-cv-110 |
| | ) | (TJM/DJS) |
| | ) | |
| ALEJANDRO MAYORKAS, in his | ) | |
| capacity as Secretary of the United States | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| *Respondent.* | ) | |

**WHEREAS,** Petitioner ZAHEER ASGARALI filed this action on or about February 7, 2022, seeking, among other things, a writ in the nature of mandamus requiring Respondent to adjudicate Petitioner's I-485 application for adjustment of status;

**WHEREAS,** on or about August 16, 2022, Petitioner's I-485 application was approved by the Department of Homeland Security, and Petitioner has received his I-551 Alien Registration Card.

**WHEREAS,** no party hereto is an infant or incompetent person;

**WHEREAS,** the parties seek to resolve this action without additional litigation, without the admission of liability by either party, and with Petitioner and Respondent each bearing thier own attorney's fees and costs;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows:

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii) that this action is discontinued without prejudice to any of· Plaintiffs rights or remedies, including, without limitation, their right to reopen, re-file, or otherwise reinstate this action, and that each party should bear their own costs.

LAW OFFICES OF
FREDERICK P. KORKOSZ
Attorney for Petitioner

Frederick P. Korkosz
744 Broadway
Albany, NY 12207

CARLA B. FREEDMAN
United States Attorney
Northern District of New York
Attorney for Respondents

Digitally signed by C. HARRIS DAGUE
Date: 2022.08.30 11:53:10 -04'00'

C. Harris Dague
Assistant United States Attorney
James T. Foley U.S. Courthouse
445 Broadway, Rm 218
Albany, NY 12207

**September 6, 2022**

SO ORDERED:

HON. THOMAS J. McAVOY
UNITED STATES DISTRICT JUDGE